**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | The Winemaker's Pantry, Inc. |

**2. All other names debtor used
in the last 8 years**

Include any assumed names,
trade names, and *doing
business
as names*

**3. Debtor's federal Employer
Identification Number (EIN)**
  8  2 – 5  3  1  2  6  1  5

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 800 Wilshire Boulevard 400 | 20 Twin River Drive |
| Number     Street | Number     Street |
| | P.O. Box |
| Los Angeles, CA 90017 | Ormond Beach, FL 32174 |
| City          State     ZIP Code | City                State     ZIP Code |
| Los Angeles | **Location of principal assets, if different from principal place of business** |
| County | 730 4th St |
| | Number     Street |
| | Nate Scali |
| | Napa, CA 94559-3026 |
| | City                State     ZIP Code |

**5. Debtor's website (URL)**   https://winemakerspantry.com/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    The Winemaker's Pantry, Inc.                  Case number *(if known)* _____

        Name

---

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

     3    1    1    9

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

     ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY

      District _____ When _____ Case number _____
                                   MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

      District _____ When _____
                                   MM / DD / YYYY

      Case number, if known _____

---

Debtor    The Winemaker's Pantry, Inc. _____    Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>    _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>                Number        Street<br><br>_____<br><br>_____<br>City            State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

███ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14.** | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| **15.** | **Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    The Winemaker's Pantry, Inc.                                          Case number *(if known)* _____
          Name

**16. Estimated liabilities**

☑ $0-$50,000                ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000         ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☐ $100,000,001-$500 million       ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment
for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of
authorized representative of
debtor**

■   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■   I have been authorized to file this petition on behalf of the debtor.

■   I have examined the information in this petition and have a reasonable belief that the information is true and
correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02 - 19 - 2021
               MM/ DD/ YYYY

X _____          _____
Signature of authorized representative of debtor      Sharon Damante
                                                      Printed name

Title _____ President/CEO _____

**18. Signature of attorney**

X  /s/ ANERIO V. ALTMAN, ESQ.                Date  02/19/2021
Signature of attorney for debtor                   MM/ DD/ YYYY

Anerio Ventura Altman, Esq.
Printed name

Lake Forest Bankruptcy
Firm name

P.O. Box 515381
Number        Street

Los Angeles                          CA        90051
City                                 State     ZIP Code

(949) 218-2002                       avaesq@lakeforestbkoffice.com
Contact phone                        Email address

228445                               CA
Bar number                           State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Winemaker's Pantry, Inc. |
| United States Bankruptcy Court for the: | |
| | Central District of California |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☒   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☒   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☒   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☒   *Schedule H: Codebtors (Official Form 206H)*

☒   *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐   *Amended Schedule* _____

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/19/2021
MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

Sharon Damante
Printed name

President/CEO
Position or relationship to debtor

## THE WINEMAKER'S PANTRY. INC.

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS

### February 19th, 2021

In accordance with Section 307 of the California Corporations Code and the current By-Laws of The Winemaker's Pantry, Inc. a California corporation (the "Company"), the undersigned, in their capacities as the directors of the Company, do hereby take the following actions and adopt the following resolutions by written consent, effective for all purposes as of the date set forth above:

**RESOLVED**, the Directors have determined that the Company should file a Petition for Bankruptcy pursuant to 11 U.S.C. § 1101 *et seq.*; and be it further

**RESOLVED**, that the Company. is authorized to file for a Petition for Bankruptcy pursuant to 11 U.S.C. § 1101 *et seq.*; and be it further

**RESOLVED**, that LAKE FOREST BANKRUPTCY II, APC is authorized to file a Chapter 11 petition on the Corporation's behalf.

**IN WIITNESS WHEREOF**, the undersigned have executed this instrument as the Directors of the Company as of the date first written above.

SHARON DAMANTE
CEO

FRANK DAMANTE
SECRETARY

Fill in this information to identify the case:

Debtor name _____ The Winemaker's Pantry, Inc. _____

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Custom Label 3392 Investment Blvd., Hayward, CA 94545 | | Raw materials for processing. | | | | $690.00 |
| 2 | Z-Specialty Foods 1221 Harter Ave. Woodland, CA 95776 | | Raw materials for processing. | | | | $283.59 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    The Winemaker's Pantry, Inc.
_____        Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case:**

Debtor name _____ The Winemaker's Pantry, Inc. _____

United States Bankruptcy Court for the:

_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 First Republic Bank | Checking account | 7516 | $800.24 |
| 3.2 Wells Fargo Bank | Checking account | 5343 | $539.30 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 Paypal | | | $0 |
|---|---|---|---|

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$1,339.54**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

| Debtor | **The Winemaker's Pantry, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**None**

**9.** **Total of Part 2**
Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                     **$0.00**

---

**Part 3:** Accounts receivable

**10.** **Does the debtor have any accounts receivable?**
☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  |  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|

**11.** **Accounts Receivable**

11a. 90 days old or less:    **$2,486.84**    -    **$0.00**    = ......  →    **$2,486.84**
face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    _____    -    _____    = ......  →    _____
face amount        doubtful or uncollectible accounts

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.                     **$2,486.84**

---

**Part 4:** Investments

**13.** **Does the debtor own any investments?**
☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of fund or stock:                     % of ownership:

**None**

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| Debtor | The Winemaker's Pantry, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**None**

**17.**  **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    $0.00

---

**Part 5:**  Inventory, excluding agriculture assets

**18.**  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**  **Raw materials** | | | | |
| **None** | | | | |
| **20.**  **Work in progress** | | | | |
| **None** | | | | |
| **21.**  **Finished goods, including goods held for resale** | | | | |
| 40 jars, unlabeled, Sauv Blanc blend value at COG of $3.58 per piece = $143.20 48 jars, 36 blank and 12 with WP Labels, Chardonnay blend. = $171.84 75 packets Chardonnay blend and 50 packets Cabernet blend were written off to spoilage due to age Those would have a COGs value of 21.1 approx $2.67 per = $333.75 | 02/10/2021 MM / DD / YYYY | (Unknown) | Based on prior sales. | $650.00 |

**22.**  **Other inventory or supplies**

**None**

**23.**  **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    $650.00

**24.**  **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25.**  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26.**  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor    **The Winemaker's Pantry, Inc.**                                    Case number *(if known)*
          Name

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops — either planted or harvested**

   **None**

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.  Farm and fishing supplies, chemicals, and feed**

   **None**

**32.  Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.  Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                                    **$0.00**

**34.  Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **The Winemaker's Pantry, Inc.**                              Case number *(if known)*
                Name

---

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38.    **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

None

40.    **Office fixtures**

None

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1  Office equipment | (Unknown) | Computer Equipment. | (Unknown) |
|---|---|---|---|

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

None

43.    **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                     $0.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

### Part 8:    Machinery, equipment, and vehicles

46.    **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

---

Debtor    **The Winemaker's Pantry, Inc.**
_____    Case number _(if known)_ _____
Name

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

   **None**

48.  **Watercraft, trailers, motors, and related accessories** _Examples_: Boats,
     trailers, motors, floating homes, personal watercraft, and fishing vessels

   **None**

49.  **Aircraft and accessories**

   **None**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery
     and equipment)**

   **None**

51.  **Total of Part 8**
     Add lines 47 through 50. Copy the total to line 87.                                    $0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑No
     ☐Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑No
     ☐Yes

**Part 9:**  Real Property

54.  **Does the debtor own or lease any real property?**
     ☑No. Go to Part 10.
     ☐Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

   **None**

56.  **Total of Part 9**
     Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    $0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☑No
     ☐Yes

Debtor    **The Winemaker's Pantry, Inc.**                                    Case number *(if known)*
_____
Name

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 10: | Intangibles and Intellectual Property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **None** | | | |
| **61. Internet domain names and websites** | | | |
| 61.1  www.winemakerspantry.com | (Unknown) | Replacement Value | $5,000.00 |
| **62. Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1  Business Goodwill | (Unknown) | Times-Revenue Method Based on 1 Year Net Proceeds | $12,000.00 |
| **65. Goodwill** | | | |
| **None** | | | |
| **66. Total of Part 10** | | | |
| Add lines 60 through 65. Copy the total to line 89. | | | $17,000.00 |

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Official Form 106A/B                    Schedule A/B: Property                    page 7

Debtor   **The Winemaker's Pantry, Inc.**                                    Case number *(if known)* _____
            Name

---

| **Part 11:** | All other assets |
|---|---|

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.  Notes receivable**

Description (include name of obligor)

**None**

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.  Interests in insurance policies or annuities**

**None**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  **Cross-Complaint against Vicki Randall**
_____                    _____ **(Unknown)**

Nature of Claim    Legal Malpractice
_____

Amount Requested    _Amount is unliquidated._
_____

**75.  Other contingent and unliquidated claims or causes of action of every nature,**

**including counterclaims of the debtor and rights to set off claims**

**None**

**76.  Trusts, equitable or future interests in property**

**None**

**77.  Other property of any kind not already listed** *Examples:* Season tickets,

country club membership

**None**

**78.  Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.                            _____ **$0.00**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last**

**year?**

☑ No

☐ Yes

---

Debtor    **The Winemaker's Pantry, Inc.**　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　Name

---

| Part 12: | Summary |
| --- | --- |

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,339.54 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $2,486.84 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $650.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*........................................................... → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $17,000.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.*　　　　　　　　　+ | $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column......　91a. | $21,476.38 | + 91b.　$0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .............................................. | | $21,476.38 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | The Winemaker's Pantry, Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|
| 3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $0.00 | |

Debtor    The Winemaker's Pantry, Inc. _____    Case number *(if known)* _____
      Name

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line _____ | ____ ____ ____ ____ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | The Winemaker's Pantry, Inc. |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

Debtor    **The Winemaker's Pantry, Inc.**                    Case number *(if known)* _____
      Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

Custom Label

3392 Investment Blvd.,

Hayward, CA 94545

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

          Raw materials for
Basis for the claim:  processing.

Is the claim subject to offset?
☑ No
☐ Yes

$690.00

---

**3.2** | Nonpriority creditor's name and mailing address

Lorraine Hood

86 Tomoka Ridge Way

Ormond Beach, FL 32174

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

          Reimbursements for
Basis for the claim:  Expenses

Is the claim subject to offset?
☑ No
☐ Yes

$2,583.00

---

**3.3** | Nonpriority creditor's name and mailing address

Mike Wolpert

364 Riviera Drive

San Rafael, CA 94901

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Unknown

Is the claim subject to offset?
☐ No
☑ Yes

unknown

---

**3.4** | Nonpriority creditor's name and mailing address

Nate Scali

730 4th Street

Napa, CA 94559

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Postage

Is the claim subject to offset?
☑ No
☐ Yes

$102.00

---

**3.5** | Nonpriority creditor's name and mailing address

Sharon Damante

20 Twin River Drive

Ormond Beach, FL 32174

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,500.00

Debtor  **The Winemaker's Pantry, Inc.**

Name

Case number *(if known)*

---

**Part 2:**  Additional Page

| | |
|---|---|
| **3.6** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $30,694.18 |
| Vicki Randall | *Check all that apply.* |
| | ☑ Contingent |
| 364 Riviera Drive | ☑ Unliquidated |
| San Rafael, CA 94901 | ☑ Disputed |
| | **Basis for the claim:** Breach of Contract |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ☐ No |
| Last 4 digits of account number | ☑ Yes |

| | |
|---|---|
| **3.7** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $283.59 |
| Z-Specialty Foods | *Check all that apply.* |
| | ☐ Contingent |
| 1221 Harter Ave. | ☐ Unliquidated |
| Woodland, CA 95776 | ☐ Disputed |
| | **Basis for the claim:** Raw materials for processing. |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

Debtor    __The Winemaker's Pantry, Inc.__                                    Case number *(if known)* _____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   **Webb, William T.**<br><br>**580 California Street**<br><br>**San Francisco, CA 94104** | Line __3.6__<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    __The Winemaker's Pantry, Inc.__    Case number *(if known)* _____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-------------------------------------------------------------|

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|--|--|--|------------------------|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. | **+**  $37,852.77 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $37,852.77 |

Fill in this information to identify the case:

Debtor name _____The Winemaker's Pantry, Inc._____

United States Bankruptcy Court for the:

_____Central District of California_____

Case number (if known): _____   Chapter ___11___

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name _____ The Winemaker's Pantry, Inc. _____

United States Bankruptcy Court for the:

_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.***Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ | | | |
| | City _____ State _____ ZIP Code _____ | | | |
| 2.2 _____ | Street _____ | | | |
| | City _____ State _____ ZIP Code _____ | | | |
| 2.3 _____ | Street _____ | | | |
| | City _____ State _____ ZIP Code _____ | | | |
| 2.4 _____ | Street _____ | | | |
| | City _____ State _____ ZIP Code _____ | | | |
| 2.5 _____ | Street _____ | | | |
| | City _____ State _____ ZIP Code _____ | | | |

Debtor      The Winemaker's Pantry, Inc.
       Name

Case number *(if known)*

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | Street _____ <br> _____ <br> City _____ State ____ ZIP Code ____ | | |

**Schedule H: Codebtors**

Fill in this information to identify the case:

Debtor name _____ The Winemaker's Pantry, Inc. _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.......................................................................................    $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................    $21,476.38

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................    $21,476.38

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................    **+**    $37,852.77

4. **Total liabilities**.....................................................................................................    $37,852.77
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _____The Winemaker's Pantry, Inc._____

United States Bankruptcy Court for the:

_____Central District of California_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From _01/01/2021_ to Filing date<br>MM/ DD/ YYYY | ☒ Operating a business<br>☐ Other _____. | $5,000 or less. |
| **For prior year:** From _01/01/2020_ to _12/31/2020_<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $28,750.00 |
| **For the year before that:** From _01/01/2019_ to _12/31/2019_<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $30,047.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From _01/01/2021_ to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From _01/01/2020_ to _12/31/2020_<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:** From _01/01/2019_ to _12/31/2019_<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |

| Debtor | The Winemaker's Pantry, Inc. | Case number *(if known)* _____ |
|--------|------------------------------|-------------------------------------|
|        | Name                         |                                     |

---

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|------------------------------|-------|-----------------------|--------------------------------------------------------|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | _____ | | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|-----------------------------|-------|-----------------------|---------------------------------|
| 4.1. Vicki Randall <br> Creditor's name <br><br> 364 Riviera Drive <br> Street <br><br> _____ <br><br> San Rafael, CA 94901 <br> City          State    ZIP Code <br><br> **Relationship to debtor** <br> Shareholder and Prior Officer | 2/20/2020 <br><br> 2/27/2020 | $9,500.00 | Reason unknown. |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|------------------------------|-----------------------------|------|-------------------|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State    ZIP Code | _____ | _____ | _____ |

| Debtor | The Winemaker's Pantry, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. Creditor's name | XXXX–___ ___ ___ ___ | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 3:**  Legal Actions or Assignments

---

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Vicki Randall vs. Winemaker's Pantry, Inc. | Breach of Contract Matter by Insider | California Superior Court County of Marin<br>Name | ☑ Pending |
| | | 3501 Civic Center Drive<br>Street | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| CIV2001210 | | San Rafael, CA 94903<br>City          State     ZIP Code | |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | **Court name and address** |
| Street | **Case title** | Name |
| | | Street |
| City          State     ZIP Code | **Case number** | |
| | | City          State     ZIP Code |
| | **Date of order or assignment** | |

---

**Part 4:**  Certain Gifts and Charitable Contributions

---

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

Debtor    The Winemaker's Pantry, Inc.                                      Case number *(if known)* _____
          Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------|------|------|------|

Recipient's name
_____

Street
_____
_____

City            State    ZIP Code

Recipient's relationship to debtor
_____

---

**Part 5:**  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|------|------|------|------|
| 10.1. | | | |

---

**Part 6:**  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|------|------|------|------|------|

Scali Rasmussen
_____

**Address**

Street
_____
_____

City            State    ZIP Code

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

Debtor    The Winemaker's Pantry, Inc.                                    Case number *(if known)* _____
          Name

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Lake Forest Bankruptcy | Attorney's Fee | 2/15/2021 | $5,000.00 |
| | **Address** | | | |
| | P.O. Box 515381 | | | |
| | Street | | | |
| | Lake Forest Bankruptcy | | | |
| | Los Angeles, CA 90051 | | | |
| | City                    State      ZIP Code | | | |
| | **Email or website address** | | | |
| | avaesq@lakeforestbkoffice.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City                    State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

| Debtor | The Winemaker's Pantry, Inc. | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.  364 Riviera Drive | From   4/4/2018    To   2/1/2020 |
| Street | |
| | |
| San Rafael, CA 94901 | |
| City            State       ZIP Code | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| | | |
| Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City          State     ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

Debtor    The Winemaker's Pantry, Inc.
_____    Case number *(if known)* _____
       Name

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.** **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19.** **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____ <br> Name <br> _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20.** **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

---

Debtor    The Winemaker's Pantry, Inc.                                    Case number *(if known)* _____
_____ Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Nate Scali | All current officers and Nate Scali. | Inventory listed on Schedule A/B. | ☐ No |
| | Name | _____ | _____ | ☑ Yes |
| | 730 4th Street | _____ | _____ | |
| | Street | | _____ | |
| | | **Address** | | |
| | Napa, CA 94559 | _____ | _____ | |
| | City            State        ZIP Code | _____ | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City            State    ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| | | _____ | ☐ Concluded |
| _____ | Street | | |
| | _____ | | |
| | City        State    ZIP Code | | |

Debtor    The Winemaker's Pantry, Inc.                                    Case number *(if known)* _____
_____
Name

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  _____ | _____ | EIN:  ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Name | | **Dates business existed** |
| _____ | | |
| Street | | From _____    To _____ |
| _____ | | |
| City        State    ZIP Code | | |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Debtor    The Winemaker's Pantry, Inc.                                    Case number *(if known)* _____
          Name

| Name and address | Dates of service |
|---|---|

26a.1.  Michael D. Star                                    From _____  To _____
        Name

        2422 South Atlantic Avenue
        Street

        Daytona Beach, FL 32118
        City                    State        ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a
        financial statement within 2 years before filing this case.

        ☐ None

| Name and address | Dates of service |
|---|---|

26b.1.  Michael D. Star                                    From _____  To _____
        Name

        2422 South Atlantic Avenue
        Street

        Daytona Beach, FL 32118
        City                    State        ZIP Code

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.  Sharon Damante
        Name

        20 Twin River Drive
        Street

        Ormond Beach, FL 32174
        City                    State        ZIP Code

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  Vicki Randall
        Name

        364 Riviera Drive
        Street

        San Rafael, CA 94901
        City                    State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued
     a financial statement within 2 years before filing this case.
     ☑ None

Debtor    The Winemaker's Pantry, Inc.                                    Case number *(if known)* _____
             Name

| Name and address |
|---|

26d.1.    _____
          Name

          _____
          Street

          _____

          _____
          City                    State            ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Nate Scali | 2/15/2021 | $1,000.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   Sharon Damante
        Name

        20 Twin River Drive
        Street

        Ormond Beach, FL 32174
        City                    State            ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sharon Damante | 20 Twin River Drive Ormond Beach, FL 32174 | CEO, Shareholder | 35.00 % |
| Frank Damante | 20 Twin River Drive Ormond Beach, FL 32174 | Secretary, Shareholder | 10.00 % |
| Lorraine Marie Hood | 86 Tomoka Ridge Way Ormond Beach, FL 32174 | Director, Shareholder | 10.00 % |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Vicki Randall | 364 Riviera Drive San Rafael, CA 94901 | CFO, Shareholder | From 4/1/2018 To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    The Winemaker's Pantry, Inc. _____    Case number *(if known)* _____
      Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____    _____    _____    _____

Name

Street _____

_____

City                State      ZIP Code

| Relationship to debtor |
|---|

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN:  ___ ___ − ___ ___ ___ ___ ___ ___ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN:  ___ ___ − ___ ___ ___ ___ ___ ___ |

**Part 14:**  Signature and Declaration

Debtor    The Winemaker's Pantry, Inc.                                    Case number (if known)
_____
Name

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____02/19/2021_____
                    MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor
        President/CEO
_____

Printed name _____Sharon Damante_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Lake Forest Bankruptcy<br>Lake Forest Bankruptcy<br>P.O. Box 515381<br>Los Angeles, CA 90051<br>Phone: (949) 218-2002<br><br>Anerio Ventura Altman, Esq.<br>Bar Number: 228445<br>PO Box 515381 #97627<br>Los Angeles, CA 90051-6681<br>Phone: (949) 218-2002<br>Email: avaesq@lakeforestbkoffice.com<br><br>☐  Debtor(s) appearing without an attorney<br>☑  Attorney for Debtor(s) | |

### United States Bankruptcy Court
### Central District of California - Los Angeles Division

| In re:<br><br>The Winemaker's Pantry, Inc. | CASE NO.:<br><br>CHAPTER:  Chapter 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___1___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __02/19/2021__

Signature of Debtor 1 _as behalf of The Winemakers Pantry_

Date: __02/19/2021__

Signature of Debtor 2 (joint debtor) (if applicable)

Date: __02/19/2021__

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

Custom Label
3392 Investment Blvd.,
Hayward, CA 94545

Lorraine Hood
86 Tomoka Ridge Way
Ormond Beach, FL 32174

Mike Wolpert
364 Riviera Drive
San Rafael, CA 94901

Nate Scali
730 4th Street
Napa, CA 94559

Sharon Damante
20 Twin River Drive
Ormond Beach, FL 32174

Vicki Randall
364 Riviera Drive
San Rafael, CA 94901

William T. Webb
580 California Street
San Francisco, CA 94104

Z-Specialty Foods
1221 Harter Ave.
Woodland, CA 95776

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Anerio Ventura Altman, Esq.
Bar Number: 228445
Lake Forest Bankruptcy
Lake Forest Bankruptcy
P.O. Box 515381
Los Angeles, CA 90051
Phone: (949) 218-2002

FOR COURT USE ONLY

☑ *Attorney for:* The Winemaker's Pantry, Inc.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:
The Winemaker's Pantry, Inc.

Debtor(s).

Plaintiff(s),

Defendant(s).

CASE NO.: _____

ADVERSARY NO.: _____

CHAPTER: 11

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO RBP 1007(A)(1) AND 7007.1, AND LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* ___Anerio Ventura Altman, Esq.___ , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

   ☐ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☒ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  02/19/2021            By:  /S/ ANERIO V. ALTMAN, ESQ.
                                  _____
                                  Signature of Debtor, or attorney for Debtor

                             Name:  Anerio Ventura Altman, Esq.
                                  _____
                                  Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## United States Bankruptcy Court
### Central District of California

In re    **The Winemaker's Pantry, Inc.** _____     Case No. _____

                                    Debtor(s)                  Chapter    _____ **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ **The Winemaker's Pantry, Inc.** _____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]


_____     /S/ ANERIO V. ALTMAN, ESQ.
          **02/19/2021**           _____
Date                                   **Anerio Ventura Altman, Esq.**
                                        Signature of Attorney or Litigant
                                        Counsel for __ **The Winemaker's Pantry, Inc.** __
                                        **Bar Number: 228445**
                                        **Lake Forest Bankruptcy**
                                        **Lake Forest Bankruptcy**
                                        **P.O. Box 515381**
                                        **Los Angeles, CA 90051**
                                        **Phone: (949) 218-2002**
                                        **Email: avaesq@lakeforestbkoffice.com**